UNITED STATES OF AMERICA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. NO. 19-219 |
| LARRY WILLIAMS | SECTION: L. (2.) |

### MOTION TO ENROLL AS COUNSEL

NOW INTO COURT, through undersigned counsel, comes the accused and upon suggesting that the undersigned counsel has been hired to represent the accused in the above captioned matter, respectfully request this Honorable Court to allow C. Gary Wainwright to be Enrolled and the name of C. Gary Wainwright to be inscribed as counsel.

Respectfully Submitted:

S/S  C. GARY WAINWRIGHT(19858)
C. GARY WAINWRIGHT(19858
Attorney for the Accused
2739 Tulane  Avenue
New Orleans, LA  70130
(504) 827-9900
cgarywainwright@gmail.com

### ORDER

IT IS ORDERED that counsel be allowed to enroll herein as attorney of record for the above named defendant.

NEW ORLEANS,  LOUISIANA this _____ day of _DECEMBER, 2019.

_____
MAGISTRATE