NOTICE TO DEFENDANTS AND COUNSEL:   After the defendant has entered a guilty plea, the U.S. Probation Office shall complete and provide to the Court a Presentence Investigation and Report (PSI). Any defendant on bond and his or her attorney shall report to the U.S. Probation Office immediately following the conclusion of the rearraignment proceeding for an initial interview and to schedule any subsequent interviews.   If a defendant on bond and his or her defense counsel are unable to report to the U.S. Probation Office immediately following the defendant's change of plea, defense counsel must make alternate arrangements with the U.S. Probation Officer prior to leaving the courthouse following the rearraignment proceeding.